IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VICKI STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO.: 1:16-cv-03501-JMS-DML |
| | ) | |
| v. | ) | |
| | ) | Dismissal with prejudice acknowledged. |
| KITTLE'S HOME FURNISHING, INC., | ) | JMS, CJ, 12-27-17 |
| | ) | Distribution via ECF. |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) if of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this lawsuit with prejudice, with each party to bear her or its own costs and attorneys' fees.

Dated: December 26, 2017

Respectfully submitted,                             Respectfully submitted,

BARKER HANCOCK & COHRON                             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Ronald E. Weldy (with consent)*             By: *s/Bonnie L. Martin*
    Ronald E. Weldy, Esq.                                  Bonnie L. Martin, Esq.
    198 S. 9th Street                                      Steven R. Pockrass, Esq.
    Noblesville, IN 46060                                  111 Monument Circle
    Telephone: 317.203.3000                                Suite 4600
    *rweldy@bhclegal.com*                                  Indianapolis, IN 46204
                                                           Telephone: 317.916.1300
Attorney for Plaintiff                                  Facsimile: 317.916.9076
Vicki Stewart                                           *bonnie.martin@ogletree.com*
                                                           *steven.pockrass@ogletree.com*

                                                       Attorneys for Defendant
                                                       Kittle's Home Furnishing Center, Inc.